# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

THOMAS BURCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1911
_____

March 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Mary M. Handsel, Judge.


PER CURIAM.

Affirmed.

LaROSE, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.